UST-32, 3-99

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TAFOYA, VANESSA J. | ) | Case No. 08-18816 PHX RTB |
| | ) | |
| | ) | APPLICATION FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO |
| Debtor(s) | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Roger W. Brown, Trustee, reports that the following dividend checks have been issued and not presented

for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 10106 | 04/26/2010 | DOBSON HEIGHTS DENTISTRY<br>1960 WEST RAY ROAD, SUITE 2<br>CHANDLER, AZ 85224-9009 | $11.05 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the

Trustee to pay over the amount of $ 11.05 to the Clerk of the Court to be deposited in the Registry thereof.

August 26, 2010
Date

 /s/ Roger W. Brown
Roger W. Brown, Trustee